UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNETH RAY BRADFORD

VERSUS

JAMES LeBLANC, ET AL

CIVIL ACTION

NO. 12-0427-BAJ-DLD

## RULING

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 19, 2012 (doc. 20), and plaintiff's opposition filed October 5, 2012 (doc. 23).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's action is dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A, without prejudice to the plaintiff's right to seek habeas corpus relief under 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that all pending motions in this case are denied as moot.

Baton Rouge, Louisiana, October 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA